# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHIT PATIL,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF OKLAHOMA d/b/a<br>UNIVERSITY OF OKLAHOMA<br>COLLEGE OF MEDICINE,<br><br>    Defendant. | Case No. CIV–15–1295–HE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Rachit Patil, and Defendant, the State of Oklahoma *ex rel.* Board of Regents of the University of Oklahoma, hereby stipulate that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorney's fees.

s/Mark Hammons
(*Signed by Filing Attorney with permission of Attorney*)
Mark Hammons, OBA #3784
Amber L. Hurst, OBA #21231
HAMMONS, GOWENS, HURST & ASSOC
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone:   405-235-6100
Facsimile:   405-235-6111
Email:   meagun@hammonslaw.com

*Attorneys for Plaintiff*

s/ Gus H. Buthman
Heidi J. Long, OBA #17667
Gus H. Buthman, OBA #22089
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone:   (405) 325-4124
Facsimile:   (405) 325-7681
Email: hlong@ou.edu
         gbuthman@ou.edu

*Attorneys for Defendant*
